ACCEPTED
141500078CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/5/2015 10:53:25 AM
CHRISTOPHER PRINI
CLERK

**CAUSE NO. 978206**

| | | |
|---|---|---|
| CC AUTO BROKERS, INC. | § | IN THE COUNTY COURT AT LAW |
| | § | |
| VS. | § | NUMBER FOUR (4) |
| | § | |
| ELITE COLLISION CENTER, *ET AL* | § | HARRIS COUNTY, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 10:53:25 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Elite Collision Center, et al, appeals from the Final Judgment signed December 15, 2014, the order overruling Defendant's Motion for Directed Verdict (and the overruling of those motions by operation of law previously), and all adverse interlocutory rulings that merged into the judgment.

The Final Judgment and all orders were signed in Cause No. 978206; CC Auto Brokers, Inc. vs. Elite Collision Center, et al; In The County Court At Law Number Four (4) of Harris County, Texas. The appeal will be to the Fourteenth Court of Appeals

Respectfully submitted,

THE HARRIS LAW FIRM

By:___/s/_____
    MICHAEL R. HARRIS
    State Bar No. 24025414
1330 Post Oak Blvd., Suite 2550
Houston, Texas 77056
Telephone No. 713-864-6401
Facsimile No.  713-877-8669

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

A true copy of Defendant's Notice of Appeal was served on Friday, January 16, 2015, by hand delivery, certified mail, return receipt requested, and/or fax, and/or email to the following counsel of record Marc Wojciechowski, Wojciechowski & Associates, P.C. 17447 Kuykendahl Road, Suite 200 Spring, Texas 77379.

__/s/_____
Michel Harris

1